1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, NV 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6 Email: natalie.winslow@akerman.com

7 *Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br>vs.<br><br>SILVERADO PLACE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 10384 MIDSEASON MIST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01311-RFB-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SATICOY BAY LLC SERIES 10384 MIDSEASON MIST'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Carrington Mortgage Services, LLC (**Carrington**), and Saticoy Bay LLC Series 10384 Midseason Mist (**Saticoy Bay**), hereby stipulate and agree that Carrington shall have an additional seven (7) days, up to and including **February 22, 2018**, to file its response to Saticoy Bay's motion for summary judgment, which is currently due on February 15, 2018, pursuant to ECF No. 25. Saticoy Bay's motion for summary judgment was filed on January 25, 2018.

44128123;1

*Carrington Mortgage Services, LLC v. Silverado Place Homeowners Association*
*2:17-cv-01311-RFB-PAL*

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 14th day of February, 2018.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.** |
|---|---|
| /s/Natalie L. Winslow_____<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Carrington Mortgage Services, LLC* | /s/Michael F. Bohn_____<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>376 E. Warm Springs Road, Suite 140<br>Las Vegas, NV 89119<br><br>*Attorneys for Saticoy Bay LLC Series 10384 Midseason Mist* |

**ORDER**

**IT IS SO ORDERED:**



_____
UNITED STATES DISTRICT JUDGE

DATED: February 15, 2018

2

44128123;1