MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 E. Warm Springs Rd., Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay LLC
Series 10384 Midseason Mist

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SILVERADO PLACE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 10384 MIDSEASON MIST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01311 |

**STIPULATION AND ORDER TO EXTEND THE DATE FOR DEFENDANT SATICOY BAY LLC SERIES 10384 MIDSEASON MIST TO FILE ITS OPPOSITION BRIEF**
(First Request)

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Carrington Mortgage Services, LLC, by and through its attorney Natalie L. Winslow, Esq., and Defendant Saticoy Bay LLC Series 10384 Midseason Mist, by and through its attorney, the Law Offices of Michael F. Bohn, Esq., Ltd., that the date for defendant Saticoy Bay LLC Series 10384 Midseason Mist to file its opposition to plaintiff's motion for summary judgment (ECF 26) filed on January 25, 2018, shall be extended from February 15, 2018 until March 1, 2018.

/ / /

1

| | | |
|---|---|---|
| 1 | This is the first extension for this brief. | |
| 2 | DATED this 23rd day of February, 2018. | |
| 3 | AKERMAN, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
| 5 | By: /s/ Natalie L. Winslow, Esq./ | By: /s/ Adam R. Trippiedi, Esq. / |
| 6 | Ariel E. Stern, Esq. Natalie L. Winslow, Esq. 1635 Village Center Circle, Ste 200 Las Vegas, NV 89134 Attorney for plaintiff | Michael F. Bohn, Esq. Adam R. Trippiedi, Esq. 376 East Warm Springs Road, Ste. 140 Las Vegas, Nevada 89119 Attorney for defendant Saticoy Bay LLC |

IT IS SO ORDERED this  27th  day of February, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ Adam R. Trippiedi, Esq.
    Michael F. Bohn, Esq.
    Adam R. Trippiedi, Esq.
    376 E. Warm Springs Rd., Ste. 140
    Las Vegas, NV 8911 9
    Attorney for defendant Saticoy Bay LLC

2