ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SILVERADO PLACE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 10384 MIDSEASON MIST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01311-RFB-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF RENEWED SUMMARY JUDGMENT MOTION**<br><br>**(FIRST REQUEST)** |

Carrington Mortgage Services, LLC (**Carrington**), and Saticoy Bay LLC Series 10384 Midseason Mist (**Saticoy Bay**), hereby stipulate and agree that Carrington shall have an additional seven (7) days, up to and including **October 4, 2018**, to file its reply in support of renewed summary judgment motion, which is currently due on September 27, 2018, pursuant to ECF No. 45. Carrington's renewed summary judgment motion was filed on August 23, 2018.

. . .

. . .

. . .

46426676;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 18th day of September, 2018.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.** |
|---|---|
| */s/Natalie L. Winslow*_____ <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Carrington Mortgage Services, LLC* | */s/Adam R. Trippiedi*_____ <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> ADAM R. TRIPPIEDI, ESQ. <br> Nevada Bar No. 12294 <br> 2260 Corporate Circle, Suite 480 <br> Henderson, NV 89074 <br><br> *Attorneys for Saticoy Bay LLC Series 10384 Midseason Mist* |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: __September 19, 2018._____

2

46426676;1