MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay LLC
Series 10384 Midseason Mist

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SILVERADO PLACE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 10384 MIDSEASON MIST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01311<br><br>**STIPULATION AND ORDER TO WITHDRAW JURY DEMAND** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Carrington Mortgage Services, LLC, by and through its attorney Tenesa S. Powell, Esq., and defendant Saticoy Bay LLC Series 10384 Midseason Mist, by and through its attorney, Michael F. Bohn, Esq., Ltd., as follows:

1. The demand for jury trial, filed by plaintiff Carrington Mortgage Services, LLC on May 10, 2017 shall be withdrawn.

/ / /

/ / /

/ / /

1

2. This matter may proceed to trial as a bench trial.

Dated this <u>29th</u> day of May, 2019

| AKERMAN, LLP | LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| By: <u>/s/ Tenesa S. Powell, Esq./</u><br>    Ariel E. Stern, Esq.<br>    Tenesa S. Powell, Esq.<br>    1635 Village Center Circle, Ste 200<br>    Las Vegas, NV 89134<br>    Attorney for plaintiff | By: <u>/s/ Michael F. Bohn, Esq.</u><br>    Michael F. Bohn, Esq.<br>    Adam R. Trippiedi, Esq.<br>    2260 Corporate Cir, Suite 480<br>    Henderson, Nevada 89074<br>    Attorney for defendant Saticoy Bay LLC |

IT IS SO ORDERED this <u>13th</u> day of June, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: <u>/s/ Michael F. Bohn, Esq.</u>
    Michael F. Bohn, Esq.
    Adam R. Trippiedi, Esq.
    2260 Corporate Cir, Suite 480
    Henderson, Nevada 89074
    Attorney for defendant Saticoy Bay LLC