NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>SILVERADO PLACE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 10384 MIDSEASON MIST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>              Defendants.<br><br>SATICOY BAY LLC SERIES 10384 MIDSEASON MIST,<br><br>              Counterclaimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>              Counterdefendant. | Case No.: 2:17-cv-01311-RFB-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

. . .

. . .

. . .

. . .

. . .

52878005;1

**TO:    ALL PARTIES OF RECORD AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP and requests that Ms. Powell be removed from the service list.

Akerman LLP continues to serve as counsel for Carrington Mortgage Services, LLC in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Natalie L. Winslow, Esq. and Rex D. Garner, Esq.

DATED this 27th day of April, 2020.

**AKERMAN LLP**

*/s/ Rex D. Garner, Esq.*
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Carrington Mortgage Services, LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: April 28, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

52878005;1