1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
4  AKERMAN LLP
   1635 Village Center Circle, Suite 200
5  Las Vegas, NV 89134
   Telephone: (702) 634-5000
6  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
7  Email: natalie.winslow@akerman.com
   Email: scott.lachman@akerman.com
8
   *Attorneys for Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                 Plaintiff,<br>vs.<br><br>SILVERADO PLACE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 10384 MIDSEASON MIST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                 Defendants. | Case No.: 2:17-cv-01311-RFB-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SATICOY BAY LLC SERIES 9125 10384 MIDSEASON MIST,<br><br>                 Counterclaimant,<br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                 Counterdefendant. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Carrington Mortgage Services, LLC hereby provides notice that Rex D. Garner, Esq. is no longer associated with the law firm of Akerman LLP.

{56416477}

Akerman LLP continues to serve as counsel for Carrington Mortgage Services, LLC in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq, Natalie L. Winslow, Esq. and Scott R. Lachman, Esq.

DATED this 8th day of February, 2021.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Carrington Mortgage Services, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 2/16/2021

{56416477}    2